1  DOUGLAS A. LINDE, ESQ. (SBN 217584)(dal@lindelaw.net)
   ERICA ALLEN, ESQ. (SBN 234922)(eag@lindelaw.net)
2  THE LINDE LAW FIRM
   9000 Sunset Boulevard, Ste. 1025
3  Los Angeles, California 90069
   Telephone (310) 203-9333
4  Fax (310) 203-9233

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

5  Attorneys for Plaintiff,
6  FIGURE EIGHT HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FIGURE EIGHT HOLDINGS, LLC | Case No. CV10-7815-AHM (CWx) |
|---|---|
| Plaintiffs, | |
| v. | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| NEW ERA CAP CO., INC.; HAT WORLD, INC.; and DOES 1 though 10, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

COMES NOW, Plaintiff, FIGURE EIGHT HOLDINGS, LLC ("Plaintiff" or "Figure Eight") and complains of and alleges the following:

### INTRODUCTION AND OVERVIEW

1.  As shown by the design and cap attached as Exhibits to this Complaint, this is copyright infringement case, wherein Defendants, engaged in advertising activity, including but not limiting to, making caps featuring nearly copies of Plaintiff's

copyright protected designs and sold them to and/or through, inter alia, Lids retail stores and on the internet as their own, causing significant advertising injury to Plaintiff. If successful, Plaintiff seeks recovery of all remedies available under law including but not limited to its damages, all of Defendants profits, and payment of Plaintiff's attorneys fees and costs.

## JURISDICTION AND VENUE

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3. The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

5. This is an action for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq., seeking damages, attorneys' fees, preliminary and permanent injunctive relief and an accounting, as well as damages and other relief based upon other claims related to the misappropriation of Plaintiff's intellectual property.

## PARTIES

### The Plaintiff

6. Plaintiff FIGURE EIGHT HOLDINGS, LLC, is a corporation organized and existing under the laws of the State of California with its principal place of business at 10918 Morrison Street, Unit 9, North Hollywood, CA 91601. It is citizen of the State of California.

**The Defendants**

7. Plaintiff is informed and believes and thereon alleges that Defendant NEW ERA CAP CO., INC. is a corporation organized and existing under the laws of the State of New York with its principal place of business at 160 Delaware Avenue, Buffalo, NY 14202. Plaintiff is informed and believes and thereon alleges that Defendant NEW ERA CAP CO., INC. is in the business of designing manufacturing, assembling and/or distributing hats and other apparel and selling them on the internet and in retail stores.

8. Plaintiff is informed and believes and thereon alleges that Defendant HAT WORLD, INC. is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Indiana at 7555 Woodland Drive, Indianapolis, IN 46278. Plaintiff is informed and believes and thereon alleges that Defendant HAT WORLD, INC. is in the business of selling hats and apparel through retail stores, including but not limited to, Lids, and on the internet.

9. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, created, assembled, distributed, manufactured and/or sold hats bearing patterns substantially similar to Plaintiff's copyrighted Subject Design (as hereinafter defined) or that have otherwise contributed to the infringement of Plaintiff's copyrighted Subject Design. The true names and capacities, whether corporate, individual or otherwise, of the Defendant DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names, and will ask leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

10. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, each of the Defendants, including without limitation the DOE Defendants, was the agent, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliate, officer, director, manager, principal,

partner, joint venturer, alter-ego and/or employment relationship and actively participated in, or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 ET SEQ.

(Against All Defendants and Each of Them)

11. Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

12. Plaintiff acquired original artwork through written assignment which was internally designated by the name "Treacherous" ("Subject Design"). The Subject Design contains materials wholly original with Plaintiff and is copyrightable subject matter under the laws of the United States. A true and correct copy of Plaintiff's design is attached as Exhibit 1.

13. The copyright to the Subject Design was assigned to Plaintiff through written assignment.

14. Plaintiff is informed and believes and thereon alleges that Defendants including all DOE Defendants, their customers and suppliers and each of them, had access to the Subject Design, including without limitation: (a) access through Plaintiff's showroom; (b) access through illegal copies; (c) access through Plaintiff's website (d) access through their customers and or suppliers, and/or (e) access through garments bearing the Subject Design sold by other retailers.

15. Plaintiff is informed and believes, and thereon alleges, Defendants including all DOE defendants wrongfully created copies of the copyrighted Subject Design without Plaintiff's consent and engaged in acts of affirmative and widespread

self-promotion of the copies directed to the public at large by distributing said copies (and accompanying written materials) with a false and misleading designation of creation, ownership and origin, and falsely representing that the Subject Design was their own.

16. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, further infringed Plaintiff's copyright by making derivative works from Plaintiff's copyrighted Subject Design, and/or by producing and distributing hats and apparel incorporating those derivative works without Plaintiff's permission. Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the Subject Design that belong solely to Plaintiff.

17. NEW ERA CAP CO., INC. offered for sale, and in fact sold, the cap attached hereto as Exhibit 2.

18. HAT WORLD, INC. offered for sale, and in fact sold, the cap attached hereto as Exhibit 2.

19. Plaintiff is informed and believes that NEW ERA CAP CO., INC. sold garments of the type attached hereto as Exhibit 2, to retailers other than HAT WORLD, INC.

20. Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, caps and apparel bearing pattern featured on Exhibit 2, under different style numbers.

21. The pattern appearing on Exhibit 1 is substantially similar to the pattern appearing on Exhibit 2.

22. The pattern appearing on Exhibit 1 is strikingly similar to the pattern appearing on Exhibit 2.

23. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also

liable for contributory copyright infringement because each Defendant knew or should have known of the direct infringement, had the right and ability to supervise the infringing conduct, and had an obvious and direct financial interest in the infringing conduct.

24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also vicariously liable for the subject infringements because each Defendant enjoys a direct financial benefit from another's infringing activity and has the right and ability to supervise the infringing activity.

25. Defendants have been demanded to cease and desist from all sales and manufacturing of caps and apparel incorporating Plaintiff's copyrighted Subject Design, and cease and desist from printing the copyrighted Subject Design without consent.

26. Defendants have been demanded to provide a full accounting of the caps and apparel printed utilizing the Subject Design that have been manufactured, bought and sold by some or all of the named Defendants, and each of them.  Defendants have further been demanded to provide an accounting of the revenues and profits derived from sales of caps and apparel comprised of fabric printed utilizing the copyrighted Subject Design.

27. Notwithstanding these demands that these Defendants cease and desist from their infringement, Defendants have willfully, intentionally and maliciously, and in conscious disregard for the copyright holders rights, and only in furtherance of those Defendants' sole pecuniary interests, continued to manufacture and/or sell caps and apparel utilizing fabric printed with the Subject Design, which were created without the copyright holder's consent and in violation of copyright holder's rights in the Subject Design.

28. Defendants' acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large, as alleged

above, have caused Plaintiff to suffer, and to continue to suffer, substantial damage to its business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

29. Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large alleged above, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted Subject Design. Plaintiff is entitled to disgorgement of each Defendant's profits directly and indirectly attributable to said Defendant's infringement of the Subject Design.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1. That Defendants, and each of them, and their respective agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

2. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages, as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

3. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

4. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

5. That Plaintiff be awarded pre-judgment interest as allowed by law;

6. That Plaintiff be awarded the costs of this action; and

7. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Dated: October 13, 2010          THE LINDE LAW FIRM

By: _____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff
FIGURE EIGHT HOLDINGS, LLC

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

Dated: October 13, 2010          THE LINDE LAW FIRM

By: _____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff
FIGURE EIGHT HOLDINGS, LLC

# **EXHIBIT 1**



# EXHIBIT 2

**New Era "80s Wordmark"**  x close

**Style 20099714**









©2010 LIDS, Genesco.  All rights reserved.

ORIGINAL

Douglas A. Linde, State Bar No. 217584
The Linde Law Firm
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIGURE EIGHT HOLDINGS, LLC<br><br>PLAINTIFF(S)<br>v.<br>NEW ERA CAP CO., INC.; HAT WORLD, INC.;<br>and DOES 1 though 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10-7815- AHM(CWx)<br><br>SUMMONS |

TO: DEFENDANT(S): <u>All above named Defendants</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>The Linde Law Firm</u>, whose address is <u>9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __10-19-10__    By: _____
                             Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                              SUMMONS



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
FIGURE EIGHT HOLDINGS, LLC

**DEFENDANTS**
NEW ERA CAP CO., INC.; HAT WORLD, INC.; and DOES 1 though 10, inclusive.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Douglas A. Linde and Erica L. Allen
THE LINDE LAW FIRM
9000 Sunset Blvd., Ste. 1025, Los Angeles, CA 90069. (310) 203-9333

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff alleges Defendants violated 17 U.S.C 101 et seq. when they manufactured and sold hats and/or apparel bearing Plaintiff's copyright protected design.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | **FORFEITURE** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **PENALTY** | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV10-7815-**
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | NEW ERA CAP CO., INC- NY<br>HAT WORLD, INC.- IN |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 10/13/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

**CV10- 7815 AHM (CWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY